**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | Case No. 5:14-cv-01379-PSG |
| ADAPTIX, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SONY MOBILE COMMUNICATIONS (USA), INC., *et al.*,<br><br>    Defendants. | Case No. 5:14-cv-01985-PSG |

**[PROPOSED] ORDER GRANTING AT&T MOBILITY'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

On May 13, 2015, AT&T Mobility LLC filed a motion for judgment on the pleadings in the above-styled actions. Having fully considered the parties' written submissions and oral arguments, the Court hereby orders that the motion is GRANTED.

IT IS SO ORDERED

Dated: _____, 2015

_____
Hon. Paul S. Grewal
United States Magistrate Judge