Robert T. Cruzen (Cal. Bar No. 203658)
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

Counsel for Defendant
AMAZON.COM, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADAPTIX, INC., <br><br> Plaintiff, <br><br> -vs.- <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | No.  5:14-cv-01379-PSG <br><br> DEFENDANT AMAZON.COM, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, DECLARATION OF ROBERT T. CRUZEN AND SUPPORTING EXHIBITS B, I, J, K, L AND P TO THE DECLARATION OF ROBERT T. CRUZEN |

DEFENDANT'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL                                        14-cv-1379 PSG

Pursuant to Civil Local Rules 79-5(d) - (e), Defendant Amazon.com, Inc. ("Amazon") submits this Administrative Motion to File Under Seal portions of its Notice of Motion and Motion For Summary Judgment and of the Declaration of Robert T. Cruzen in Support of Defendant's Motion For Summary Judgment, and, in their entirety, Exhibits B, I, J, K, L and P to that Declaration, all of which are filed concurrently herewith.

Amazon brings this motion because the foregoing documents contain information that has been designated by Adaptix, Inc. as Confidential or Highly Confidential - Attorneys Eyes Only.

This motion is supported by the October 6, 2015 Declaration of Robert T. Cruzen, submitted concurrently herewith.

Respectfully submitted,

October 6, 2015                    By:    /s/ Robert T. Cruzen
                                          Robert T. Cruzen

                                          Counsel for Defendant
                                          AMAZON.COM, INC.

DEFENDANT'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL                                    14-cv-1379 PSG
- 1 -