Robert T. Cruzen (Cal. Bar No. 203658)
rob.cruzen@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

Counsel for Defendant
AMAZON.COM, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| ADAPTIX, INC.,<br><br>Plaintiff,<br><br>-vs.-<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | No.  5:14-cv-01379-PSG<br><br>DECLARATION OF ROBERT T. CRUZEN IN SUPPORT OF DEFENDANT AMAZON.COM, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DECLARATION OF ROBERT T. CRUZEN AND SUPPORTING EXHIBITS B, I, J, K, L AND P TO THE DECLARATION OF ROBERT T. CRUZEN |

DECLARATION OF ROBERT T. CRUZEN IN SUPPORT OF DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                14-cv-1379 PSG

I, Robert T. Cruzen, declare:

1.     I am a partner with the law firm Klarquist Sparkman, LLP, and represent Defendant Amazon.com, Inc. ("Amazon") in this action.

2.     The following declaration is based on my personal knowledge. If called as a witness, I could and would testify competently thereto.

3.     I provide this declaration in support of Amazon's Administrative Motion to File Under Seal Defendant's Notice of Motion and Motion For Summary Judgment Declaration of Robert T. Cruzen in support thereof, and supporting Exhibits A-P to the Declaration of Robert T. Cruzen.

4.     Amazon's Notice of Motion and Motion For Summary Judgment, the Declaration of Robert T. Cruzen in support thereof, and Exhibits B, I, J, K, L and P, contain information that has been designated by Adaptix, Inc. ("Adaptix") as Confidential or Highly Confidential - Attorneys Eyes Only pursuant to the Stipulated Protective Order [ECF No. 84] in the above-captioned matter and/or pursuant to protective orders entered in related Adaptix cases.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed in Portland, Oregon this 6th day of October, 2015.

/s/ Robert T. Cruzen
Robert T. Cruzen

DECLARATION OF ROBERT T. CRUZEN IN SUPPORT OF DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                14-cv-1379 PSG
- 1 -