*[COUNSEL LISTED ON SIGNATURE BLOCK]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, Inc., <br>         Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., and <br> AT&T MOBILITY LLC, <br>         Defendants. | Case No. 5:14-cv-01379-PSG |

## CORRECTED STIPULATED DISMISSAL

Adaptix and Amazon stipulate:

(1) Adaptix's claims against Amazon for infringement of U.S. Patent Nos. 6,947,748 and 7,454,212 be dismissed with prejudice;

(2) All other claims and counterclaims be dismissed without prejudice; and

(3) Each party bear its own attorney's fees, costs of court, and expenses.

| | | |
|---|---|---|
|1| Dated:  October 28, 2015 | Respectfully submitted, |
|2| | |
|3| /s/    Robert T. Cruzen<br>Robert T. Cruzen | /s/  James J. Foster<br>Paul J. Hayes (p*ro hac vice*) |
|4| KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600 | Kevin Gannon (*pro hac vice*)<br>James J. Foster |
|5| Portland, Oregon 97204<br>rob.cruzen@klarquist.com | HAYES MESSINA GILMAN & HAYES, LLC<br>200 State Street, 6th Floor |
|6| Telephone: (503) 595-5300<br>Facsimile: (503) 595-5301 | Boston, MA 02109<br>phayes@hayesmessina.com |
|7| | kgannon@hayesmessina.com |
| | Attorneys for Defendant | jfoster@hayesmessina.com |
|8| AMAZON.COM, INC. | Telephone: (617) 345-6900<br>Facsimile: (617) 443-1999 |
|9| | |
| | | Attorneys for Plaintiff |
|10| | ADAPTIX, INC. |

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3), James J. Foster attests that he has obtained concurrence in the filing of this document from each of the Signatories listed above.

1  IT IS SO ORDERED.

2

3  DATED: October 28, 2015

4  _____
   HON. Paul S. Grewal
   United States Magistrate Judge