UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAPTIX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Case No. 14-cv-01379-PSG<br><br>**JUDGMENT AS TO DEFENDANT AT&T MOBILITY LLC** |

The court has granted Defendant AT&T Mobility LLC's motion to enter judgment under Fed. R. Civ. P. 54(b).[1]  The Clerk shall close the file.

**SO ORDERED.**

Dated: March 14, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 203 at 11.

1

Case No. 14-cv-01379-PSG
JUDGMENT AS TO DEFENDANT AT&T MOBILITY LLC